# United States Court of Appeals
## For the First Circuit

Nos. 13-1167
     13-1186


NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC,
d/b/a FAIRPOINT COMMUNICATIONS,

Plaintiff-Appellant, Cross-Appellee,

v.

LOCAL 2327, INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, AFL-CIO,

Defendant-Appellee, Cross-Appellant.


**ERRATA SHEET**


The opinion of this Court issued on November 12, 2013, is amended as follows:

On page 2, line 5: replace "Fairpoint" with "FairPoint"